■ In the Matter of the Estate of ETHEL C. TAYLOR, Deceased. LINDA A. SHEPARD, Respondent; SUE MORGAN et al., Appellants. [739 NYS2d 327] —Appeal from a decree of Surrogate's Court, Erie County (Mattina, S.), entered September 6, 2000, which admitted to probate the last will and testament of decedent.

It is hereby ordered that the decree so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Surrogate's Court, Erie County, Mattina, S. Present—Wisner, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.